# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Fardaye Roshan Logistics & Supply Company | )   ASBCA No. 60247 |
| | ) |
| Under Contract No. W5J9JE-14-P-0037 | ) |

APPEARANCE FOR THE APPELLANT:    Walt Pennington, Esq.
    Pennington Law Firm
    San Diego, CA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Matthew S. Tilghman, Esq.
    Rebecca L. Bockman, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Middle East
    Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 January 2016

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60247, Appeal of Fardaye Roshan Logistics & Supply Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals